UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STANTON MCCLENDON,

    Plaintiff,

    v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 17-cv-00408-PJH

**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

Re: Dkt. No. 2

Before the court is pro se plaintiff Stanton McClendon's application to proceed <u>in forma pauperis</u>. Dkt. 2. The court finds that it is unable to make a decision on plaintiff's application because of several discrepancies that require clarification. First, although plaintiff has indicated that he owns a home in response to question 5, he has not provided any estimate of the value of his home or any mortgage on the home. Moreover, because plaintiff has listed rent as among his expenses in response to question 8, it seems possible that the answer to question 5 was an error. Second, plaintiff has written "GA" in the "utilities" section of question 8. If plaintiff intended to indicate that he receives general assistance, then this income should be listed in response to question 2e, about receiving money from government sources.

The court cannot decide whether to waive the filing fee until these issues are clarified. Accordingly, plaintiff is hereby ORDERED to either refile his application to proceed in forma pauperis, or to respond in writing to clarify these two issues, no later than **February 21, 2017**.

**IT IS SO ORDERED.**

Dated: January 31, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge